### Cephas Barton BREWER, Appellant,

v.

### Cary ANDERSON, Benton County Judge; Benton County Quorum Court, Appellees.

No. 03–3361.

United States Court of Appeals, Eighth Circuit.

Submitted May 7, 2004.

Decided May 21, 2004.

Cephas Barton Brewer, Pine Bluff, AR, pro se.

Michael R. Rainwater, Scott Paris Richardson, Jason E. Owens, Duncan & Rainwater, Little Rock, AR, for Defendants–Appellees.

Before MELLOY, HANSEN, and COLLOTON, Circuit Judges.

PER CURIAM.

Cephas Brewer appeals the district court's[1] adverse decision in his 42 U.S.C. § 1983 action. Upon de novo review, *see Anderson v. Larson,* 327 F.3d 762, 767 (8th Cir.2003), we find Brewer's arguments lack merit, and we affirm on the basis that the action is barred under *Heck v. Humphrey,* 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994). *See* 8th Cir. R. 47B. However, we modify the judgment to be a dismissal without prejudice. *See Sheldon v. Hundley,* 83 F.3d 231, 234 (8th Cir. 1996).

1. The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas.